## Michael Bittins, Appellee, v. Calumet & South Chicago Railway Company, Appellant.

### Gen. No. 19,353.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. HENRY V. FREEMAN, Judge, presiding. Heard in this court at the March term, 1913. Reversed. Opinion filed May 4, 1914.

## Statement of the Case.

Action by Michael Bittins against Calumet & South Chicago Railway Company to recover for personal injuries sustained by plaintiff while attempting to board one of defendant's cars. From a judgment in favor of plaintiff, defendant appeals.

WARNER H. ROBINSON and WILLIAM C. McHENRY, for appellant; LEONARD A. BUSBY, of counsel.

R. J. FINN, for appellee.

MR. PRESIDING JUSTICE BAKER delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

CARRIERS, § 476*—*when recovery for injuries sustained while attempting to board a street car not sustained by the evidence.* In an action against a street railway company for injuries alleged to have resulted from the negligence of the defendant in starting a car when plaintiff attempted to board it, a judgment for plaintiff *held* not sustained by the evidence, it appearing that the plaintiff's evidence was conflicting and unsatisfactory and a number of witnesses for the defendant testified that the car was in motion when plaintiff attempted to board the same.